UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRIUS TECHNOLOGY ADVANCED RESEARCH, LLC, et al., <br><br>                              Plaintiff(s), <br><br> v. <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al., <br><br>                              Defendant(s). | 23-CV-9560 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

      Plaintiffs initiated this action on October 31, 2023.  Plaintiffs seek a portion of the revenues associated with the streaming of three films that Defendants are distributing pursuant to a set of contracts between the parties.  Plaintiffs have filed proof of service on Defendants Chicken Soup for the Soul Entertainment and TOFG, LLC (the "Named Defendants").  *See* Dkt. Nos. 8, 10.  The Named Defendants' deadline to answer, move, or otherwise respond to the Complaint was November 24, 2023.  *See id.*  The Named Defendants did not timely answer.

      On November 30, 2023, Plaintiffs moved for a preliminary injunction.  *See* Dkt. No. 13.  Attachments to Plaintiffs' motion for a preliminary injunction indicate that Plaintiffs declined to consent to the Named Defendants' request for a one-week extension of time to answer.  *See* Dkt. No. 13-2, Motion for Preliminary Injunction, Exhibit B.  Under Local Civil Rule 6.1(b), Defendants' opposition to the motion for preliminary injunction is due December 14, 2023, and Plaintiffs' reply is due December 21, 2023.  On December 1, 2023, Named Defendants filed an answer and counterclaims.  *See* Dkt. No. 15.

      It is hereby **ORDERED** that Named Defendants' deadline to answer is **ADJOURNED**, *nunc pro tunc*, to **December 1, 2023**, and their Answer will be considered timely filed.

It is further **ORDERED** that the default briefing deadlines for Plaintiff's motion for a preliminary injunction are **ADJOURNED**, pending further order. The parties shall meet and confer regarding a briefing schedule for Plaintiff's motion. By **December 8, 2023,** the parties shall file a joint status letter. The letter shall propose a mutually-agreeable briefing schedule for the motion or, if the parties are not able to agree, shall present each side's proposed schedule.

SO ORDERED.

Dated: December 1, 2023
    New York, New York

                                        DALE E. HO
                                        United States District Judge