## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

SIRIUS TECHNOLOGY ADVANCED
RESEARCH, LLC; and STAR
UNACKNOWLEDGED, LLC;                                  Case No. 1:23-cv-09560-DEH

*Plaintiffs,*
v.

CHICKEN SOUP FOR THE SOUL
ENTERTAINMENT, INC.;
TOFG, LLC/d.b.a. 1091 PICTURES; and DOES
1-10

*Defendants.*

---

### ORDER ON PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE (Doc. 20)

---

**THIS MATTER,** having come upon Attorney for Plaintiffs SIRIUS TECHNOLOGY ADVANCED RESEARCH, LLC; and STAR UNACKNOWLEDGED, LLC ("Applicant's") Motion for Admission Pro Hac Vice [(**Doc. 11**), filed November 30, 2023; and (**Doc. 20**), re-filed due to deficiency, December 8, 2023), and pursuant to pursuant to Local Civil Rule 1.3 (c), and upon consideration of the Motion, and this Court having jurisdiction to consider the Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefor, it is hereby determined by the Court that Plaintiff's Motion is well taken.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED.

2. Applicant Derek V. Garcia, Esq., is Entered Appearance on behalf of Plaintiffs SIRIUS TECHNOLOGY ADVANCED RESEARCH, LLC; and STAR UNACKNOWLEDGED, LLC.

**SO ORDERED.**

_____

**THE HONORABLE DALE E. HO**
**UNITED STATES DISTRICT JUDGE**

**Respectfully prepared and submitted**,

_/s/ Derek Garcia_

Law Office of Derek V. Garcia, LLC
PO Box 254
Edgewood, NM 87015
(505)-333-8030
derekgarcialaw@gmail.com
_Attorney for Plaintiffs_

**CERTIFICATE OF SERVICE**

_/s/ Derek Garcia_

This is to certify that on this 8TH day of December 8, 2023, the foregoing **Proposed Order on Motion for Pro Hac Vice** was filed electronically through the CM/ECF system, with additional copies served by **Email** to the following:

Caryn L. Marcus
_Special Counsel_
Graubard Miller
The Chrysler Building
405 Lexington Avenue - 44th Floor
New York, New York 10174-4499
Direct Dial: (212) 818-8695 | Fax: (212) 818-8881
cmarcus@graubard.com

_Attorneys for:_

CHICKEN SOUP FOR THE SOULENTERTAINMENT, INC.
TOFG, LLC/d.b.a. 1091 PICTURES