UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRIUS TECHNOLOGY ADVANCED RESEARCH LLC, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al.,<br><br>                Defendants. | 23 Civ. 9560 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 31, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for February 7, 2024. *See* Dkt. No. 28. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan and scheduling order will issue separately. Plaintiff's motion for a preliminary injunction, *see* Dkt. No. 13, will be addressed in a separate order.

SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                                    DALE E. HO
                                               United States District Judge