UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRIUS TECHNOLOGY ADVANCED RESEARCH LLC, et al.,<br><br>                          Plaintiffs,<br><br>            v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al.,<br><br>                          Defendants. | 23 Civ. 9560 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 2, 2024, Defendants filed a suggestion of bankruptcy. *See* ECF No. 42. It is hereby **ORDERED** that this case is **STAYED** and all conferences and deadlines in this matter are **ADJOURNED,** pending further order. *See* 11 U.S.C. § 362(a)(1). Defendants shall file a status letter regarding the bankruptcy proceedings on **November 1, 2024,** and every 120 days subsequent, and within seven (7) days of the resolution of the underlying bankruptcy proceedings.

SO ORDERED.

Dated: July 3, 2024
       New York, New York

_____
DALE E. HO
United States District Judge