UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sirius Technology Advanced Research, LLC et al.,<br><br>                              Plaintiffs,<br><br>                v.<br><br>Chicken Soup for the Soul Entertainment, Inc. et al.,<br><br>                              Defendants. | 23-CV-9560 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Per an Order issued by this Court on November 6, 2024, counsel representing Defendants in their bankruptcy proceeding were to enter an appearance in the above-captioned civil matter by November 20, 2024.  ECF No. 45.  November 20, 2024, has come and gone without Defendants' bankruptcy counsel entering an appearance.

    It is hereby ORDERED that Plaintiffs shall file a status letter by December 6, 2024, describing whether they have communicated with Defendants' bankruptcy and/or other current counsel.  The letter shall also propose next steps for this litigation in light of Defendants' suggestion of bankruptcy.

    SO ORDERED.

Dated: November 21, 2024
       New York, New York

 

                                                                DALE E. HO
                                           United States District Judge