# LAW OFFICES OF MICHAEL D. STEGER, PC

|  |  |
|---|---|
| 295 Madison Avenue, 22nd Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10017 | Orangeburg, NY 10962 |
| (646) 517-0600 | (845) 359-4600 |
| msteger@steger-law.com | (845) 638-2707 (fax) |

www.steger-law.com

December 5, 2024

**VIA ECF**
Honorable Dale E. Ho
United States District Court for the Southern District of New York

    Re:  *Sirius Technology Advanced Research, LLC, et al v. Chicken Soup for the Soul Entertainment, et. al,;* Case No. 23-cv-9560-DEH

Dear Judge Ho:

    We write on behalf of the Plaintiffs in the above action in response to Your Honor's November 22nd directive. (Dkt/ # 47).

    No counsel has appeared for Defendants in this matter, and no one has contacted Plaintiffs' counsel. Carynn Marcus, outgoing counsel for Defendants, provided contact information for Defendants' bankruptcy counsel. My co-counsel, Derek Garcia, left a voicemail for bankruptcy counsel.

    Plaintiffs respectfully request that the Court continue to stay this matter pending resolution of the bankruptcy case.

                            Sincerely yours,
                              */s/ Michael D. Steger*
                              Michael D. Steger

cc:  Derek Garcia, Esq.