# Graubard Miller

The Chrysler Building
405 Lexington Avenue
NEW YORK, N.Y. 10174-4499
(212) 818-8800

facsimile

(212) 818-8881

direct dial number

(212) 818-8695
email address
cmarcus@graubard.com

April 15, 2025

Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Sirius Technology Advanced Research, LLC, et. al v. Chicken Soup for the Soul Entertainment Inc., et. al/
                Case No. 1:23-cv-09560-DEH

Dear Judge Ho:

    Please be advised that this firm no longer represents defendants Chicken Soup for the Soul Entertainment Inc. and TOFG LLC which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code, 11 U.S.C. § 101 et. seq., in the United States Bankruptcy Court for the District of Delaware on June 28, 2024.

    The case has since been converted to a Chapter 7 liquidation proceeding and remains pending. George Miller has been appointed as the trustee in the bankruptcy proceeding and is represented by Pachulski Stang Ziehl & Jones LLP (copied here).

    Accordingly, the case should continue to be stayed pending the outcome of the bankruptcy.

                                    Respectfully submitted,

                                    Caryn L. Marcus

cc: Alan Kornfeld, Esq. (Via E-Mail akornfeld@pszjlaw.com)

799352.1