UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sirius Technology Advanced Research, LLC et al.,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>Chicken Soup for the Soul Entertainment, Inc. et al.,<br><br>                    Defendant(s). | 23-CV-9560 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On April 15, 2025 Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLC filed a status update regarding related bankruptcy proceedings in this matter. ECF No. 49. The parties shall provide a joint status letter to the Court by no later than **February 27, 2026** or **within seven days of the conclusion of the bankruptcy proceedings**, whichever comes first.

SO ORDERED.

Dated: December 4, 2025
       New York, New York

                                                     _____
                                                     DALE E. HO
                                                     United States District Judge