# LAW OFFICES OF MICHAEL D. STEGER, PC

| | |
|---|---|
| 295 Madison Avenue, 22nd Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10017 | Orangeburg, NY 10962 |
| (646) 517-0600 | (845) 359-4600 |
| msteger@steger-law.com | (845) 638-2707 (fax) |

www.steger-law.com

January 28, 2026

**VIA ECF**
Honorable Dale E. Ho
United States District Court for the Southern District of New York

    Re: *Sirius Technology Advanced Research, LLC, et al v. Chicken Soup for the Soul Entertainment, et. al,;* Case No. 23-cv-9560-DEH

Dear Judge Ho:

    We write on behalf of the Plaintiffs in the above action in response to Your Honor's December 4, 2025 order. (Dkt/ # 50).

    No counsel has appeared for Defendants in this matter since Defendants' original counsel withdrew, and no one has contacted Plaintiffs' counsel.

    From a review of the docket in Defendants' bankruptcy case, that case is still proceeding.

    Plaintiffs respectfully request that the Court continue to stay this matter pending resolution of the bankruptcy case.

                Sincerely yours,
                 */s/ Michael D. Steger*
                 Michael D. Steger

cc: Derek Garcia, Esq.

---

The Court is in receipt of this status letter. Per the Court's December 4, 2025 Order, ECF No. 50, The parties shall provide a joint status letter to the Court by **February 27, 2026** or **within seven days of the conclusion of the bankruptcy proceedings**, whichever comes first.

SO ORDERED.

Dated: January 29, 2026                 Dale E. Ho
New York, New York                  United States District Judge