UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sirius Technology Advanced Research, LLC et al., | |
| Plaintiff(s), | 23-CV-9560 (DEH) |
| v. | **ORDER** |
| Chicken Soup for the Soul Entertainment, Inc. et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Pursuant to the Court's January 29, 2026 Order, ECF No. 52, the parties were required to file a joint status letter, the contents of which are described therein, by February 27, 2026. To date, the parties have not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 14, 2026**. The parties are reminded that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: April 7, 2026
   New York, New York

DALE E. HO
United States District Judge