UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRIUS TECHNOLOGY ADVANCED RESEARCH, LLC, et al.,

Plaintiffs,

v.

CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., et al.,

Defendants.

23-CV-9560 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 30, 2026, Plaintiffs informed the Court that they seek to voluntarily dismiss this action without prejudice. ECF No. 58. Federal Rule of Civil Procedure Rule 41(a)(2) provides that "[i]f a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Defendants Chicken Soup for the Soul Entertainment, Inc. and TOFG, LLG d/b/a 1091 Pictures ("Named Defendants") have pleaded two counterclaims. *See* ECF No. 15.

Defendants are therefore **ORDERED** to file any objections to Plaintiff's request to voluntarily dismiss this case, or a status letter indicating that they have no such objections, by **November 9, 2026.** Defendants shall also provide a status update on Defendants' counterclaims (including whether they stipulate to their dismissal) by the same date.

Plaintiffs are **ORDERED** to serve a copy of this Order on Named Defendants and provide a copy of this Order to Defendants' bankruptcy trustee's counsel, *see* ECF No. 49, or file a letter indicating why such actions could not be completed, by **November 4, 2026.**

SO ORDERED.

Dated: November 2, 2026
New York, New York

DALE E. HO
United States District Judge